IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. CASE NO. 2:21-cr-343-ECM |
| | ) | (WO) |
| CESSIA KATORIA WALKER-SULLIVAN | ) | |

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is the Defendant's motion to reconsider her sentence (doc. 46) and motion to seal. (Doc. 45). In her motion, the Defendant seeks to have the Court reconsider her term of imprisonment and sentence her to probation or home confinement. (*Id*.). The Court concludes that it lacks authority to grant the Defendant's motion, and it will be denied.

On August 25, 2022, the Defendant was sentenced to four months imprisonment. Final judgment was entered on August 29, 2022. (Doc. 44).

The law is clear that a district court may not modify a prison sentence after it has been imposed unless permitted by Rule 35 of the Federal Rules of Criminal Procedure or by statute. *Freeman v. United States*, 564 U.S. 522, 526 (2011). "Federal courts are forbidden, as a general matter, to modify a term of imprisonment once it has been imposed[.]" *Id.* (quoting 18 U.S.C. § 3582(c)) (internal quotations removed).

Fed. R. Crim. P. 35 is the mechanism by which the Defendant may obtain the relief she seeks. However, "[t]he authority of a district court to modify an imprisonment sentence is narrowly limited by statute." *United States v. Phillips*, 597 F.3d 1190, 1194–95 (11th Cir. 2010). Rule 35(a) provides that "[w]ithin fourteen days after sentencing, the court may

correct a sentence that resulted from arithmetical, technical, or other clear error." Fed. R. Crim. P. 35(a).  The Defendant points to no "arithmetical, technical, or other clear error" sufficient to invoke Fed. R. Crim. P. 35.  Nor does the Defendant offers a legal basis that would empower the Court to reduce the Defendant's sentence.

## CONCLUSION

Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED the Defendant's motion to modify her sentence (doc. 46) is DENIED.  It is further

ORDERED that the Defendant's motion to seal (doc. 45) is GRANTED.

Done this the 21st day of September, 2022.

    /s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE